

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NICOLAS FIBELA, | § | No. 08-20-00019-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number 6 |
| KAREN M. WOOD, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV1242) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. The judgment of the trial court granting summary judgment in favor of Appellee's statutory fraud claim is affirmed. The portion of the trial court's judgment granting summary judgment in favor of Appellee on Appellant's breach of contract claim is reversed and remanded to the trial court for further proceedings consistent with the opinion of this Court.

We further order that Appellant, and his sureties, if any, and Appellee each pay one-half (1/2) the costs of this appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 28TH DAY OF SEPTEMBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.